AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Southern District of Georgia

*10035207*
*1621-0408-1388-J*

UNITED STATES OF AMERICA

v.

DAVID J. GOULD

**WARRANT FOR ARREST**

CASE NUMBER: 2:16CR-014

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  DAVID J. GOULD
                                      Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO REGISTER AS MANUFACTURER OF NFA WEAPON AND FAILURE TO PAY REQUIRED TAX

in violation of Title  26  United States Code, Section(s)  5861

HONORABLE G.R. SMITH                    U.S. MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

*[signature]*, Deputy Clerk             APRIL 7, 2016, SAVANNAH, GA
Signature of Issuing Officer             Date and Location

FILED 2016 APR 11 PM 3:52 CLERK U.S. DISTRICT COURT SO. DIST. OF GA. SAVANNAH DIV.

Bail fixed at $  LODGED AS DETAINER     by  Magistrate Judge G. R. Smith
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at: *Subject in Federal Custody* |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

GAS Rev 4/21/97