

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| v. | * CASE NO.: 2:16-cr-14 |
| DAVID GOULD, | * |

### ORDER

This matter is before the Court on Defendant David Gould's ("Gould") Motion to Compel the Court to rule on the Magistrate Judge's Report and Recommendation. Dkt. No. 104. Gould's Motion is dated March 31, 2020, id. at p. 2, and this Court adopted the Report and Recommendation by Order dated March 30, 2020. Dkt. No. 105. As it appears this Court's Order and Gould's Motion crossed paths in the mail and this Court has ruled on the Magistrate Judge's Report and Recommendation, the Court **DENIES as moot** Gould's Motion.

In addition, in the Court's March 30, 2020 Order denying Gould's motion to compel, I referenced Docket Number 104 relating to the vacatur of the portion of my Order denying as moot Gould's motion to compel. Dkt. 103, p. 2. The Court made this reference with the expectation the Clerk of Court would

docket the Order adopting the Report and Recommendation in this case and in Gould's civil case, Case Number 2:18-cv-46, and also enter as a separate entry in this case the Order vacating the portion of the previous Order denying as moot Gould's motion to compel.

The Clerk of Court has now entered the Order adopting the Report and Recommendation and the Order vacating the portion of the previous Order denying as moot in this case, Gould's criminal case, and that Order is identified on the Court's electronic docket as Docket Number 105 in this case. Accordingly, the Court's reference to Docket Number 104 in the March 30, 2020 Order should be read to reference Docket Number 105.

**SO ORDERED**, this 15 day of April, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)