FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 2:20 pm, Oct 06, 2020

# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * CASE NO. 2:16-cr-014 |
| v. | * |
| DAVID J. GOULD, | * |
| Defendant, | * |

### ORDER

Presently before the Court is David Gould's ("Gould") motion urging the Court to reconsider its previous Order denying his renewed motion for compassionate release. Dkt. No. 125. Gould's motion is **DENIED**.

In his motion, Gould again cites his medical condition as a basis for compassionate release. This time, he includes eight pages of medical records. Those records, however, do not show that his condition substantially diminishes his ability to provide self-care within the environment of a correctional facility. Moreover, his medical records tend to show that he is generally in good health. The Court again concludes that Gould has not shown an "extraordinary and compelling reason" to warrant compassionate release pursuant to 18 U.S.C. § 3582(c).

Even if Gould had presented the Court with an extraordinary and compelling reason, the Court concludes that the 18 U.S.C. § 3553(a) factors weigh in favor of denying Gould's motion and allowing him to serve the sentence imposed. Gould's offenses of conviction, possession of machineguns, distribution of marijuana, and carrying a firearm in relation to a drug trafficking crime, are quite serious. Moreover, taking Gould's projected release date into account,[1] he still has over eight years left on his prison sentence. To grant Gould compassionate release at this juncture would not reflect the seriousness of his crimes, promote respect for the law, provide just punishment for the offense, nor afford general or specific deterrence for similar offenses.

**SO ORDERED**, this 6 day of October, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] See Bureau of Prisons, *Find an Inmate*, https://www.bop.gov/mobile/find_inmate/byname.jsp.